```
                                                    FILED
                                               U.S. DISTRICT COURT
                                               DISTRICT OF COLORADO
    IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLORADO           2017 MAR 27  AM 9: 20

                                                  JEFFREY P. COLWELL
                                                         CLERK
```

Case No. _____

BY_____DEP. CLK

**Plaintiff(a): Jim Kher**
**Member and Founder of weZpeople Advocacy Group Formerly The Legal Theft Busters Since 2003**

V.

**Defendant(s):**

# '17 - CV - 00758

1. Walid Elias Hajj, aka Al Majnoon Al Harami;
2. Colorado 2nd Judicial District;
3. Denver County District Court;
4. Judge Michael Anthony Martinez, Individually and as a Denver District Court Chief Judge, Courtroom 259;
5. Abby Aaron, Individually and as Clerk of Denver District Court Chief Judge Michael Anthony Martinez Courtroom, Courtroom 259;
6. Judge Robert Lewis McGahey, Jr., Individually and as a Denver District Court Judge, Courtroom 414;
7. Judge Bruce Jones, Individually and as Denver District Court Judge, Courtroom 424;
8. Denver County Court;
9. Judicial Officer Theresa Spahn, Individually and as Denver County Court Presiding Judge over Denver County Judges, Magistrates, Presiding Judge's Office
10. Judicial Officer John Marcucci, Individually and as Denver County Court Judge and Formerly Denver County Presiding Judge over Denver County Judges, Magistrates, Courtroom 186;
11. Judicial Officer Chelsea Malone, Individually and as Denver County Junior Court Judge, Courtroom 159;
12.
13. Magistrate Elizabeth Fedel, Individually and as a Part Time Small Claims Magistrate, Courtroom 104;
14. Magistrate Malissa Annis, Individually and as a Magistrate at Denver County Court, Courtroom 105;
15. Judicial Officer Kerri Lombardi, Individually and as Denver County Court Judge, Courtroom 3H;

16. Attorney Andy Klatskin individually and as agent of record for Bellaire Business Centre, LLC.
17. State of Colorado Judicial Department;
18. Gerald (Jerry) A. Marroney, Individually and as State of Colorado Judicial Dept. Administrator Administrator;
19. Attorney Mathew Kyle Sauer Reg. #40932, Individually and as an Attorney of the State of Colorado Judicial Department;
20. Kelly K. Boe, Individually and as Colorado 2nd Judicial District Administrator;
21. Sabra Millett, Individually and as Clerk of the 2nd Judicial District;
22. Denver County Parking Tickets Court;
23. Denver County Sheriff's Office;
24. Sheriff Patrick Firman, Individually and as Denver County Sheriff,
25. Denver County Deputy Sheriff Colburn;
26. Denver Police Dept.
27. Denver City Attorney's Office
28. United States Postal Service;
29. Casey Hays, Individually and as Manager of Wellshire Post Office Branch
30. Landmark Brokers of Colorado, Inc.
31. Issam Hajj;
32. Daad Hajj;
33. Lilly Hajj;
34. Tonya Noor Hajj;
35. Adel Hajj;
36. Hajji Babba Bakery;
37. Bellaire Business Centre, LLC.
38. Carpenter & Klatski, P.C.
39. Gloria Blouch
40. Colorado Attorney General's Office;
41. Attorney James Quinn, Individually and as First Attorney at Colorado Attorney General's Office;
42. John Doe 1-100;
43. Jane Doe 1-100

## COMPLAINT

COMES NOW, Plaintiff and files this **COMPLAINT**. In support thereof:

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-2-

1. **ENTRY OF APPEARANCE.** Plaintiff(s) are hereby represented by Jim Kdee, aka Jim Kher, aka Mazen J Kherdeen. **Exhibit 1.**
2. **VENUE.** Plaintiff and Defendants are residents of the State of Colorado. The issues in this complaint are U.S. Constitution violations as well are Federal Law related. Hence Venue is proper.
3. **JURISDICTION.** The U.S, District Court for the District of Colorado Jurisdiction covers issues related to Constitutional and Federal related legal matters, hence Jurisdiction is warranted.
4. Follows are some of the cases at the 2nd Judicial District that Plaintiff currently has:

| No | Case # | Date Filed | Title/ Type | Ct R | Judicial Officer | Disposition |
|---|---|---|---|---|---|---|
| 1 |  | 12/ 2016 | Kher v. KeyBank |  |  | Pending |
| 2 | 16CV720 | 12/13. 2016 | Kdeen v. Allison, et al | 414 | Robert MvGahey | Pending |
| 3 | 17W36 | 1/10/17 | Kherdeen v. Hajj TPO | 179 | Denver County Court Presiding Judge Theresa Spahn and Chelsea Malone/ Judge Trainee | TPO Denied/ Appealed |
| 4 | 17GS000381 | 1/12/17 | People v. Walid E. Hajj/ Criminal: (1) Assault (2) Disturbing the Peace | 3H | Kerri Lombardi | Hajj Plead NOT Guilty at Arraignment Hearing on 2/24/17. Jury Trial 4/18/17. Prosecutor Denver Assistant City Atty Katie Conner |
| 5 | 17W58 | 1/17/17 | Hajj v. Kherdeen TPO | 159 / Now 186 | Chelsea Malone/ Now John Marcucci | TPO Granted/ Appealed Case #17CV24/ Malone Removed. Now J. John Marcucci Ct R 186. Appeals Ct Case #17CA141. Supreme Court Case #17SC73 Final Hearing Scheduled for Friday 3/24/17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | 17W59 | 1/17/17 | Kherdeen v. Hajj TPO | 159 | Chelsea Malone | TPO Denied/ Appealed Case #17CV24/ Appeals Ct Case #17CA141. Supreme Court Case #17SC73 |
| 7 | 17W24 | 1/17/17 | Appellant: Kherdeen Appellee: Hajj | 414 | Robert McGahy | Appeal of case 17W58 to Denver District Court. Appealed to Colorado Court of Appeals Case #17CA141 and Colorado Supreme Court Case #17SC73. |
| 8 | 17CV51 | 1/26/17 | Kdeen v. Judge Malone | 424 | Bruce Jones | Pending |
| 9 | 17CA141 | 1/31/17 | Appellant: Kherdeen Appellee: Hajj | | | Colorado Court of Appeals. Wrong venue. Should not have been filed at the Court of Appeals |
| 8 | 17SC73 | 1/31/17 | Petitioner: Kherdeen | | | Petition for Certiorari/ Pending |
| 10 | 17C2028 | 1/31/17 | Kdeen v. Hajj | A2 | Kelly Ann LaFave | Arapahoe TPO Granted |
| 11 | 17S0159 | 2/3/17 | Kdeen v. Walid Hajj and Tonya Hajj | 104 | | $7,500 Small Claims Case |
| 12 | | 2/13/17 | Kherdeen | | Complaint Against Judge John Marcucci | |

## HISTORICAL BACKGROUND

1. On or about January 26, 2017, Plaintiff Jim Kher, aka Jim Kdeen, Mazen J. Kherdeen, hereinafter Kher filed this action at the Denver District Court. For unknown reasons, it seems that a computer glitch caused to print part of the complaint, hence that part was filed only. The glitch, more likely a virus corrupted the file, hence this is an attempt to salvage whatever possible.

2. Kher uses some aliases since some of them are his pen names or names since he is an accomplished writer, publisher of socio-economic magazines and newspapers. Kher has been subject to assassination by foreign governments for his liberal writing and investigative reports. He is also been threatened with thye death penalty if he ever goes to Kuwait or Saudi Arabia, both USA allies for his exclusive study of the abuse of women in these countries and the expatriates, both sexes, who

---

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-4-

are treated even less than slaves by the government and the populous. Kher currently has the following three books being published:

(1) **From a Shack to a Mansion, a Journey of Determination**! It is a motivational, inspiring memoirs that describes being born as a Palestinian Refugee because of the creation of the State of Israel on his homeland. He was born in a house that his father managed to physically build himself where he had the family live for a while without running water or installed doors and windows since he could not afford them. There was a dirt floor since his father could not then afford to do anything about it at the time. Kher, from his youth determined to live the life to its fullest extent through education and hard work, which ended him up living in a humble house in the Exclusive Luxury Cherry Hills Village. He has a BS in Engineering, an MBA and a JD. He, his wife and two kids lived in a 7,000 sq ft house that sits on two and half acres of land that also has a full lap size indoor swimming pool. He lost all of that courtesy of former Arapahoe County Sheriff Grayson Robinson, when he allowed his deputies to falsely charge Kher with three attempted murder of a Sgt. and two Deputies because Kher challenged the Sheriff's Office for their use of the Six Pointed Star of David as their Badge, which represents the ONE RELIGION JEWISH STATE OF ISRAEL.

(2) **Kidnapped by My County Sheriff**. Describes the true story of my having to serve 11 years at Colorado Prisons for crimes he has never committed, nor been able to commit them. Kher was kept over three and a half years in pre-trial detention at Arapahoe County Jail - Over 1,000 days. That is one of the longest pre-trial detention in the History of the USA and definitely in the free world. Kher considers that a kidnapping, because for a certain amount of money you could bail out by placing a cash bond. In Kher's case was a million dollar bail bond at some stage of the pre-trial. Kher did that twice but were revoked for no fault of his.

(3) **The Art of Forgiveness**. Kher's pain and suffering boiled down to hating himself to allow such idiot as former Arapahoe County Sheriff or the non conscious, non human US Justice System cause and rendered him literally useless and idle for that long time. It felt like Saddam Hussein of Iraq, Moamar Qadaffi of Libya or the current Kim il of North Korea's special police who have absolute authority. Eventually Kher decided to forgive himself and let go of the past, yet he had to fight against himself to forgive the others who put him in such situation.

(4) Another book is in an early stage called the **Robotic Americans**, since, yes we are becoming like robots. We are controlled by all these gadgets and 9 out of 10 of us Americans do not want to think or outside such control, as if computers and the like are our bosses which we have to please or else be fired.

## FACTS AND ISSUES

3. Kher is currently 62 years old. He had always had his own companies. At one point he had businesses in four continents of the world. He had never worked for anybody until his release from the false imprisonment where he started to deliver pizza to make some immediate cash to cover his expenses. Since 12 years old or even younger, Kher was involved in this kind of business or the other. He's done it all,

from manufacturing to hospitality, and from wholesale to retail. He's been there, he's done that. Therefore, although he's been out from prison for just over three months, no doubt he is well into his way to bounce back into his highs where his companies used to gross over a quarter of a Billion Dollars a year.

4. Therefore, Kher immediately started to network and mingle with his old contacts and re-establish himself among his peers in the multiple industries he was extensively involved in. Prior to his unlawful incarceration, Kher had a thriving real estate company, Landmark Brokers, which he started in 1995. He owns the tradname and trademark, both words and design registered in the U.S. Patent Office in D.C. and in Colorado. At one point, Landmark had over 38 highly productive Broker Associates. It does Residential, Commercial, Industrial, Land development and Business Opportunity/ Intermediary Services like mergers and acquisition. Kher started franchising Landmark in 1995 at a $25,000 fee plus 7% of gross commissions of the Franchisees.

5. Kher also started 1st ArdBank USA in 1998. It is a multifaceted mortgage banking and brokering power house. It does conventional Fannie Mae, Freddie Mac as well as FHA and VA for residential as well as SBA Small Business Financing. The word Ard means land in about 10 languages, , Arabic, Urdu, Persian, Swaheli, Hindo, Uzback, Turkish, etc. hence it was so popular in the Emerging Market of mortgage financing minorities.

6. Kher also had an influential publishing company called Business Journals Corp., where he published 12 different magazines and newspapers. Some were weekly, bi-weekly and monthly. Most famous was the weekly Women's Business News that Kher started in 1995. It was so popular in Colorado and around the Country that the White House gave it so much support during Bill Clinton's Presidency that D D Meyers, the then White House Press Secretary visited our office about six times. Then former Colorado Governor Roy Romer hosted its First Anniversary at the Governor's Mansion.

7. Kher was very much involved in the Local and National politics and legal activities. Kher was very involved in the Bill Clinton's two terms, Bush - Gore on the National level. On the local level was involved in Sam Zakhem's Campaign for Congress in 2000, Former Governor Bill Owens against Lt. Governor Gail Shoetler.

8. Upon Kher's release, he had to find a licensed Real Estate Broker as a Managing Broker to activate one of half a dozen or so of his Landmark Brokers Franchises that became inactive because of Kher's incarceration. One of Walid Hajj's friends by the name of Khaldoun pumped into Kher at a memorial service. He told Kher that Hajj learnt of Kher's release and wanted to meet with Kher. Kher knew Hajj for over 20 years as an acquaintance as well as a Junior Real Estate Sales Agent when Hajj worked for Kher's Landmark Brokerage in 1995. Also, Hajj's got married for the third time in that time frame. His wife Lilly and Kher's ex-wife Layla became very

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-6-

close friends because both of them immigrated to the U.S. to be spouses and shared a sistership feeling. Unfortunately, Kher had to let go of Hajj because: (1) he would not adhere to Kher's strict company policy of attending at least one evening a week of peer-to-peer experience, motivation and social gathering that involves updates of what is new in the industry and updates of new forms and rules mandated by the Real Estate Commission. That was mandatory for every broker who was to work for Kher. That was essential because at the time there was no continuing education requirements; (2) He would not pay his monthly dues of $125.00; and (3) he had never had a client nor made an offer to any property. In fact his brother, Adel refused to let him be involved in purchasing his home, which Kher did and arranged the mortgage financing.

9. Kher and Hajj met on or about the second week of November, 2016. At the time, I already had a potential homebuyer by the name Thomas who wanted to list his house in the $400,000's range and buy a $700,000's range. At the time Kher was working with Thomas to purchase a Subway Sandwich Franchise as well as commercial cash out in the amount of $375,000. Kher does not need a license as a Business Broker and Commercial Business Lender. Kher and Hajj agreed to have a Franchise type of arrangement, where Kher would activate Kher's Landmark Brokers 2000, Inc. doing business as Landmark Brokers Central ("LMB2000") and ("LMBC") respectively by appointing Hajj as its Managing Broker. Hajj's compensation was structured that he would be paid 80% of the gross commission generated by transactions originated by him and the Brokerage makes 20%. Then, he gets 40% of the gross commissions generated by the Brokerage or referred to it. He was to pay a monthly fee of $375.00.

10. Therefore, Hajj was to reinstate LMB2000 at the Secretary of State's website at a cost of $100.00. He was then to activate the Brokerage at the Department of Real Estate ("DRE") by becoming its Managing Broker at acost of $25.00. Rather than doing that, he started a new corporation called Landmark Brokers 2000, Inc. Then when he tried to activate the Brokerage at DRE, he found the cost for a new brokerage was few hundred dollars. Hence, rather than the newly formed LMBC being registered at DRE, the old 1995 LMBC Brokerage was activated at DRE and was changed from an inactive status to an active status since it has now has Hajj as its Managing Broker.

11. Hajj knows that Landmark Brokers is a registered trade name that is owned by Kherdeen since he was employed by it in the 1990's. He also knew of that fact for years since Kherdeen publishes the Arab American Journal which is widely read by the U.S. Arabs. Kherdeen, who is a non practicing Arab Muslim has been instrumental in St. Elias Orthodox Church ("Arab Church") where Hajj, is a practicing Arab Christian. Kherdeen had brokered as Landmark Brokers Managing Broker, President and CEO, the Sale of the Church's biggest real estate asset then helped the Church buy another Church property. He donated all his fees to the Church. This

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-7-

was known to Walid since he was at the time the Church gave Kherdeen a recognition speech and a Plaque.

12. Kherdeen was imprisoned from 1/29/2006 through 10/28/2016 (Just short of 11 years) for fabricated crimes by the then Arapahoe County Sheriff. Although Kherdeen served those 11 years, his pleading guilty to the false charges in 2009 after he was pre-trial Detainee at Arapahoe County Jail. He was falsely accused of attempted murder of three deputies. Had he been convicted, the would have no choice but to sentence him to a three 32 year consecutive sentences, for a total of 96 years. In July 2009, Kherdeen accepted an 8 year sentence. Unbeknown to him, it also carried a three year parole which he served as part of the overall sentence.

13. Upon his release from imprisonment, Kherdeen started to work as a pizza delivery person. He had in mind to re-establish his former very successful real estate and mortgage business. Therefore, he started to look for lower priced office space to use for his business as well as to be his place of Abode (living quarters). Therefore he found a suitable property located at 2133 S. Bellaire St., Unit 4, Denver, CO 80222. It has 4 rooms and a bathroom. Kherdeen viewed the property before Hajj was hired by LMBC. He negotiated the terms and asked the property manager to prepare the lease. He understood from her that they would not let a fellon sign the lease, hence Hajj became in the picture.

14. On 11/17/2016, Hajj signed the lease on behalf of LMBC as its president. Kherdeen wasand still is its CEO, Secretary and Treasurer. Hajj does not own any Shares of Stock in LMBC or LMBTD or any corporation related to such Trademarked entities. He was released from being President a little after for cause. Kherdeen became the Interim President and CEO, as well as Secretary/ Treasurer. Kherdeen is also LMBC's only Director, hence he is the Board of Directors.

15. Walid works three Grave yard nights shifts three times a week - Sun/ Mon, Wed/ Thu and Fri/ Sat. Hence, he could be at LMBC offices on Tuesdays and Thursdays from 10 am to 3 pm and would take clients out to show them houses. Unfortunately, he never did that. He would come whenever he feels like it as if the business was a social club. In fact he took two one week vacations right after he joined LMBC.

16. Little after signing the lease, Hajj was removed as President of LMBC by its Board of Directors, but remained the Managing Broker. His compensation would be: 80% commission of the gross received by LMBC for closings he originated. He would also get 40% of any closing commissions received by LMBC from business by

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-8-

others. He would also pay $375 per month to LMBC. The property management company for LMBC corporate office at 2133 S. Bellaire St., Unit 4, Denver, CO 80222 was notified by mail.

17. Hajj's position as Managing Broker was terminated by Kherdeen being the Interim President and CEO of LMBC. because Hajj never delivered his part of the bargain, i.e.:

    (a) Not showing up and staying at office at designated times as stated earlier on;
    (b) Deficiency in real estate Law and Practice;
    (c) Not knowing how to Prepare a proper Listing Contract; an Agency Contract; a Sales/ Purchase Contract; Amendment to Contracts. This is exemplified by a Contract to Buy/ Sell a residential property located at 15804 EAST ROBINS DRIVE, DENVER, CO 80239. Seller: ANDREW L BOSTWICK of Atlanta Georgia. He is a former Colorado R E Broker. Buyer: RONDA DEVERS. Both parties are African - Amertcan. They are some of my business acquaintances. It is a tenant occupied property, where Ms. Devers lives with her same sex wife along with their separate sets of children (about 6 of them and some with their spouses and grand children). When Hajj and I went to visit them at their house, he showed disgust for them being African American as well as to their wife - wife marriage. The Contract he wrote was not worth the paper it is written on. He would not listen to my pointing out to him of the obvious error, based on my law practice of contracts for over 25 years. The Seller had to return the contract to Hajj for corrections before he accepted to sign it. Further, he kept the escrow check in the file for few days before I had to explain to him the rules. He did not understand what an escrow account is. He did not order title report for a few days. He harmfully to the Buyer listed Loan approval deadline few days from contract date. He resisted the idea of filing an Amend/ Extend to accommodate the lender's request for extra time. When he finally obliged, he did not know which form to use or how to reasonably complete the form, hence Seller had to send it back for corrections. Further, he refused to keep copies of the contract and supporting docs at the office.

18. Now, that contract was supposed to close on or about 1/22/2017, yet he did nothing about it. Although the Buyer had an initial approval, he failed to follow up on it as well as he did not leave any info or copies of the contract. So, nothing has been done and he dared to ask the poor Buyer to forfeit her rights to $1,000 earnest money check, which is held by Land Title. Title Company infp: Land Title Guarantee Company. Contacts For Closing Assistance: Carolyn Carter, 1221 SOUTH CLARKSON ST #430, DENVER, CO 80210 303-488-2543 (phone),

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-9-

303-393-4748 (fax), ccarter@ltgc.com, Company License: CO44565, Contact License: CO442495, Closer's Assistant, LIBBY DOMBOVY.

19. As stated earlier, there was an accumulation of other events that lead to my conscious decision to terminate his Managing Broker's position. I will be able to fill you with details in the due course. They consist of some mockery performance by Hajj to four clients: A commercial lease of 6,000 sq ft building; 1st time home buyer; and a Developer's offer on a property.

20. On Thursday, January 5, 2017 at 9:39 am, a Text Message notifying him that his relationship was as a Managing Broker for LMBC is severed as of Wednesday the 11th was sent to Hajj. It stated: "*It's over. Your Managing Broker Position has been terminated. A new Managing Broker is taking over next Wednesday*. Hajj did not show up at the office until Monday the 1/9/2017 about noon, when he came in and collected all his personal belongings and before he left he started to argue with me and that I should change my mind and keep him as the Managing Broker. I refused his request, he became hostile, threatening me, cussing, etc. He threw a laptop on the ground and dumped coffee on my desk soaking the files I was working on. Theses were files for the non-profit organization known as: "weZpeople Advocacy Group". He was asked not to take with him any material or files of clients that belong to LMBC Brokerage and that it would be nice to leave a detailed summary of the work files of each of the 10 or so clients. He refused and left. The locks were re-keyed thereafter.

21. The next day, Tuesday, 1/10/2017, I decided to obtain a Protection Order against his threat, awkward behavior and irrational decisions. See Denver County Case # 17W0036. Judge Doris Burd at Courtroom 175 erroneously denied the petition without prejudice. I immediately appealed her decision. She wsa definitely wrong, because Hajj attacked me in my office two days later and left me to die.

22. On Thursday, at 9:30 am, Kherdeen had an appointment with the Property Manager Gloria Blouch to check out the unit next (Unit 3) door since an expansion of LMBC was imminent. Kherdeen negotiated a lease with her to begin on 2/1/2017 at a rate of $525 per months. They discussed tenant improvements and agreed on changing the carpet and opening an inside door between the two units. Kherdeen and Blouch were in a Celebratory mood celebrating Kherdeen's success in running his LMBC and his expansion plans. He further told her again that Walid is no longer our Managing Broker and she agreed that he was the wrong fit for our Brokerage. The meeting lasted for about 10 minutes. As we were saying goodbyes, Hajj pulls

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-10-

extremely fast into the parking lot. He parked his car carelessly and jumped out and stopped Ms. Blouch as she was approaching her her as she was about to leave.

23. He started talking to her.I went back to the Corporate Office and into my private office which has a key lock on it. It is adjacent to the room that I use as a bedroom, which also has a key lock too. I started to use that room from the day the lease was signed and before opening the rest of it for business, b y at least two weeks. Little after, I was surprised to see him barge into the office yelling and screaming that it is his company and that I am depriving him of his rights of ownership. I tried to reason with him, but he seemed to be bloating and about to explode. Then without any provocation, he left my office room table and dumped it on me cornering me between it and the back wall where I collapsed when a heavy printer landed over me. Then he ran away. I collapsed, lost consciousness and was left to die. The police were notified. When the Police arrived, they immediately summoned an Ambulance and I was taken to hospital. He was caught not too far from the office and was arrested and charged with Assault and Disturbing the peace. Denver City Criminal case # 17GS000381. His arraignment is on 2/10/2017. He bonded out. The first initial medical bill was for $6,745.74.

24. While I was in hospital, he came back to the office, the doors were shut but not locked. He sneaked in stole two laptops, two cell phone, one Samsung Tablet, more than 20 files that contain personal information related to my family and kids info including birth certificates, social security cards, tax and medical records. He refused to return them although a police report was filed.

25. Later on on the same night of the attack, at about 10:30 pm Thursday night, while I was waiting for the Police to come to make a report for the theft of the laptops, etc., somebody seemed to be trying to pry open the front door of office, which is my place of abode. So I called the Police. They said they were just round the corner. When they came, he started to cry to them that I have robbed him of his company, office and business. The officers Melissa Montoya an d Paul Barron reviewed my corporate documents and records and they were satisfied that I was in the right and that he has no right whatsoever to the office or anything there. They checked my bedroom and stated that under the Colorado Squatters Statutes they could not get me out of there without court eviction order. He left yelling and screaming abuse of justice, as if it is true.

26. Next day, Friday 1/13/2017 at about 2:25 pm. Hajj approached my office door and started to open it. I immediately faced him, so he ran away after he posted on my

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-11-

home/ office door a formal piece of paper titled: **"DEMAND FOR COMPLIANCE OR RIGHT TO POSSESSION NOTICE"**. It's basically a three day notice for a court eviction case - Unlawful Entry and Detainer. He yelled, cussed at me and called me names. He threatened me with bodily harm. Copy attached.

27. On Tuesday morning, 1/17/2017, Hajj went to the Denver County Court and filed for a frivolous Temporary Protection Order against me. He fabricated baseless stories. By doing so, he perfectly fooled the Court and its Judge and shortcutted the legal procedure to resolve such issues. Rather than to follow on his 3 day notice or file an eviction complaint, he did literally an eviction without due process of the law. Here he had perjured himself on may occasions:

    1- He stated under oath that on 1/17/2017 was employed by Landmark Brokers Central, Inc. Record reflects that on 1/14/17 he started a corporation by the name of "Landmark Brokers of Colorado, Inc." and that the Department of Real Estate reflect that he was the Managing Broker of the new entity. In fact, the record reflects that Hajj has intentionally mislead the Court by claiming that the newly found entity does business at LMBC's office on 2133 S. Bellaire. A fraudulent statement;

    2- Further, he lied to the Court by stating that he owns LMBC, whereas he does not own any shares of stock in it. Also, you do not own a corporation, you own stocks of a corporation;

    3- He formed a corporation that the major part of its name is a trademarked name, namely, "Landmark Brokers". It is apparent that he chose such name to deceive the public and to benefit from such a brand that sells franchise for $25,000 each.

    4- He omitted a major part of his criminal conduct and that he was arrested and charged with assault and disturbing the peace. That he had almost killed me when he attacked me at my office on 1/13/2017 and left me to die.

28. By depriving me unlawfully from my place of abode, he deprived me of all my belongings, specially my heart medications, my place of sleeping, my clothes, my food which I had stored in a full size refrigerator, my mail and all things that are associated with the homestead rights.

29. He refused to allow me back into the property to retrieve at least my serious heart meds despite interference by police. He made three appointments on three consecutive days through the police department to meet me with the police to pick

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-12-

up my meds, yet he did not show up. The meds are so important to my health since I had two strokes recently. The meds cost is $1,437.48. Due to not being able to get my meds, I had to go to emergency room twice at a cost of over $2,700 each time. He literally wished me dead.

30. On Friday, 2/3/2017, he contacted Buyer Ronda and tried to force her to sign a forfeiture of her hard earned $1,000. Customarily in the Brokerage business, it is split 50/50 between the Seller and the Brokerage. Therefore, Hajj stands to make $500 dollar profit as a reward for his incompetency by forcing the Buyer to accept forfeiture of her earnest money.

31. Finally, I would be ready to supply you with documents that supports each and every claim or allegation made in this complaint. I strongly believe that Walid Hajj should n ever be allowed to be a managing broker and need to be under supervision by a competent Managing Broker. That Hajj show reimburse the Clients he had malpracticed in their contracts.

32. Further, the Colorado Department of Real Estate should immediately suspend Hajj's Fraudulent Brokerage Landmark Brokers of Colorado, Inc. unless he obtains a license to use such name from its rightful owner. Since Hajj seems to be acting intentionally to heart Kherdeen personally physically, emotionally and financially, then it is warranted that his license be revoked.

33. On or about February 13, 2017, Plaintiff filed an online Complaint about Judicial Officer John Marcucci iof Denver County Court. The Court Clerk's Office advised Plaintiff that it would be a good idea to check if the complaint was received, if not have a copy of the complaint hand delivered to the Court's Presiding Judge Theresa Spahn's Clerks, Courtroom 104. Upon arriving at the Clerk's Office, Plaintiff learnt that they preferred a hard copy. Therefore, one of the Clerks started to make a copy. Suddenly, another Clerk appeared from nowhere saying no, that a hand delivered copy would not suffice. She wanted the Plaintiff to mail it using the US Mail. Since Plaintiff is indigent, the first Clerk handed Plaintiff a Manella Envelope and three US Postal Stamps to mail it. It was silly, stupid and idiot like situation since Plaintiff said that is not reasonable to do. Suddenly, the Presiding Judge Spahn appeared from her Chambers,

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-13-

came to the Clerks' area and ordered Plaintiff out. When Plaintiff got so emotionally disturbed by such fucked up conduct by the highest Denver County Judge, he asked her if he was **TRESPASSED or WHAT**. She responded: "I don't care just get out of here or I will call the Sheriff Deputies to remove you and arrest you". Plaintiff left and has not been back to that area since.

34. A similar situation happened with Denver District Judge Bruce Jones, Courtroom 424, when on or about February 21, 2017 when Plaintiff tried to set up a hearing in case 17CV51, Kher v. Judge Chelsea Malone. Judge Johns came out from his Chambers ands chased Plaintiff out from the Clerks' Office.

## CLAIMS FOR RELIEF

(1) **Judicial Religious Bias by Judicial Officer Chelsea Malone Courtroom 159**. Upon information and belief, Defendant Walid Hajj informed the Courtroom 159 staff that he was being picked on because he is a minority Coloradan Arab Christian Lebanese, whereas, Plaintiff is a majority Coloradan Arab Muslim and that the Muslims in town are threatening him.

(2) **Abuse of Judicial Power by Judicial Officer Chelsea Malone Courtroom 159**. This is apparent in many occasions:

    1- One granting a Protection Order to Defendant Hajj, whereas he attacked Plaintiff in his office couple of days before. He was arrested and charged. Case #17-GS-000381. His arraignment is on 2/10/2017 for Assault against Plaintiff and also for Disturbing the Peace.

    2- Detaining Plaintiff at her Courtroom for 90 minutes without probable cause or due process. This was exemplified by ordering Denver Deputy Sheriff Colburn to keep Plaintiff set in a place in the Courtroom as if being sent to the corner in a child care center. Plaintiff is a 62 year old man, Author, Publisher, Businessman, Officer of the Court in other Jurisdictions.

    3- Refusal to recuse herself despite her obvious bias and conflict of interest. She was finally removed by order of the Presiding Judge Theresa Spahn.

(3) **Violation of Plaintiff's Constitutional Rights**. Defendants J. Malone; Denver Chief of Police Robert White; Denver Police District 3 Chief Megan Dodge; Denver Police Detective Sgt. Brian Kimberly; Denver Police Detective Scott Stewart;

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-14-

Denver Police Therapist Kristin O'Gowan individually and collectively violated the following U.S. and Colorado Constitutional Rights:

1- Equal Protection of the laws;

2- Conspiracy to commit a crime by authorizing Defendant Hajj to take possession of Plaintiff's real, personal and intellectual properties without due process or proper notice. Defendant Hajj took possession of Plaintiff's place of Abode at his residence and place of business of LMBC at 2133 S. Bellaire St., #4, Denver, CO 80222. Hajj served Plaintiff with a frivolous three day notice to abide by unlawful requirements. He is aware of the eviction laws being a real estate broker for over 20 years as well as being in property management. Basically, Hajj perfected an eviction by short circuiting Plaintiff's rights being the interim President & CEO of LMC, the lessee of the property. Further, Plaintiff is the Complete Board of Directors of LMBC being a ONE DIRECTOR CORPORATION.

3- Conspiring with Landlord to commit theft of LMBC and Plaintiff's property.

(4) **Theft of Corporate and Personal Assets**. Hajj along with defendant Gloria Blouch with the blessing of Judge Malone and Denver Police Officers committed Theft, Conversion and Burglary. Both Plaintiff and LMBC have the only rights of possession of the unit 4 listed above by and through a valid lease as well aas Plaintiff's SQUATTERES' RIGHTS pursuant to Colorado Revised Statutes. Hajj with the blessing of County Government committed burglary on the night Tuesday, 1/17/2017, when he pried open the door of unit 4 whereas he is no right whatsoever to it contractually, through the operation of the law or whichever legal way.

WHEREFORE, Plaintiff moves the Honorable Court to find for the Plaintiff against all the Defendants individually and Collectively. Further, Plaintiff prays that the Court reinstate the Case due to the glitch that occured which prevented the Plaintiff from filing the full complaint. Also, Plaintiff requests that the Verified Motion to Appoint a Trustee/ Caretaker for the property known as Bellaire Business Centre, LLC. located at 2133 S. Bellaire St., #4, Denver, CO 80222.

Respectfully Submitted to the Court.


Respectfully Submitted to the Court, this 27th Day of March, 2017.

_____

Date: <u>03/24/2017</u>

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-15-

Attorney for Respondent:

Mazen J Kherdee, aka Jim Kdeen, aka Jim Kher, aka John Doe, Non-Colorado Licensed or Bar Member Attorney and Counselor-At-Law. Founder and Interim Chairman of weZpeople Advocacy Group a Subsidiary of The Legal Theft Busters, a Non-Profit Charitable Organization founded by Kherdeen in 2003. IRS 503(c) Exemption Pending. Donations Accepted: Cash and Properties like Old Cars, Furniture, Computers, Clothing as well as Non-Perishable Food Items.

Home/ Office address: 2133 S. Bellaire St., Denver, CO 80222. Mailing Address: % weZpeople Advocacy Group, P O Box 24930, Denver, CO 80224 www.weZpeople.org Email: Legal@weZpeople.org {Both under Construction}. Current

Email: weZpeople.CO@Gmail.com or 911p911p@Gmail.com

Tel: 303-990-9646/ 619-632-6260 DO NOT LEAVE VOICE MESSAGES. Textline: 720-589-7744

FAX Number: 303-756-3255

weZpeople Advocacy Group Free Forms Library www.weZpeople.us {Under Construction} Current e-mail: weZpeople.CO@Gmail.com

-16-