IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00758-LTB

JIM KHER, a/k/a Jim Kherdeen, a/k/a Jim Khaeder, a/k/a Jim Kdeen,

    Plaintiff,

v.

WALIS ELIAS HAJJ, a/k/a Al Majnoon Al Harami,
COLORADO SECOND JUDICIAL DISTRICT,
DENVER COUNTY DISTRICT COURT,
JUDGE MICHAEL ANTHONY MARTINEZ, Individually and as a Denver District Court
    Chief Judge, Courtroom 259,
ABBY AARON, Individually and as Clerk of Denver District Court Chief Judge Michael
    Anthony Martinez Courtroom, Courtroom 259,
JUDGE ROBERT LEWIS MCGAHEY, JR., Individually and as a Denver District Court
    Judge, Courtroom 414,
JUDGE BRUCE JONES, Individually and as Denver District Court Judge, Courtroom 424,
DENVER COUNTY COURT,
JUDICIAL OFFICER THREESA SPAHN, Individually and as Denver County Court Judge
    and Formerly Denver County Presiding Judge over Denver County Judges,
    Magistrates, Courtroom 186,
JUDICIAL OFFICER JOHN MARCUCCI, Individually and as Denver County Junior Court
    Judge, Courtroom 159,
MAGISTRATE ELIZABETH FEDEL, Individually and as a Part Time Small Claims
    Magistrate, Courtroom 104,
MAGISTRATE MALISSA ANNIS, Individually and as a Magistrate at Denver County
    Court, Courtroom 105,
JUDICIAL OFFICER KERRI LOMBARDI, Individually and as Denver County Court
    Judge, Courtroom 3H,
ATTORNEY ANDY KLATSKIN, Individually and as agent of record for Bellaire Business
    Centre, LLC,
STATE OF COLORADO JUDICIAL DEPARTMENT,
GERALD (JERRY) A. MARRONEY, Individually and as State of Colorado Judicial Dept.
    Administrator,
ATTORNEY MATTHEW KYLE SAUER, Reg. # 40932, Individually and as an Attorney of
    the State of Colorado Judicial Department,
KELLY K. BOE, Individually and as Colorado 2nd Judicial District Administrator,
SABRA MILLETT, Individually and as Clerk of the 2nd Judicial District,
DENVER COUNTY PARKING TICKETS COURT,
DENVER COUNTY SHERIFF'S OFFCE,
SHERIFF PATRICKFIRMAN, Individually and as Denver County Sheriff,
DENVER COUNTY DEPUTY SHERIFF COLBURN,

DENVER POLICE DEPT.,
DENVER CITY ATTORNEY'S OFFICE,
UNITED STATES POSTAL SERVICE,
CASEY HAYES, Individually and as Manager of Wellshire Post Office Branch,
LANDMARK BROKERS OF COLORADO, INC.,
ISSAM HAJJ,
DAAD HAJJ,
LILLY HAJJ,
TONYA NOOR HAJJ,
HAJJI BABBA BAKERY,
BELLAIRE BUSINESS CENTRE, LLC,
CARPENTER & KLATSKI, P.C.,
GLORIA BLOUCH,
COLORADO ATTORNEY GENERAL'S OFFICE,
ATTORNEY JAMES QUINN, Individually and a First Attorney at Colorado Attorney
    General's Office,
JOHN DOES 1-100, AND
JANE DOES 1-100,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 15, 2017, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15th day of June, 2017.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/D. Kalsow
                Deputy Clerk